IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENYA GAYLES,

          Petitioner,                 No. CIV S-08-2774 GEB EFB P

    vs.

D.K. SISTO,

          Respondent.              <u>ORDER</u>

_____/

       Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254.  Respondent has requested an extension of time to file a response to petitioner's petition for writ of habeas corpus.  *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that respondent's February 27, 2009, request is granted and respondent is granted up to and including April 27, 2009, to file a response to the November 19, 2008, petition for writ of habeas corpus.

DATED:  April 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE