1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENYA GAYLES,

11               Petitioner,                    No. CIV S-08-2774 GEB EFB P

12        vs.

13   D. K. SISTO, Warden,

14               Respondent.                    ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  On April 13, 2010, petitioner requested an extension of time to submit an

18   application to proceed *in forma pauperis* on appeal.  *See* Fed. R. Civ. P. 6(b).  On April 15, 2010,

19   petitioner filed the application.

20        The court file reflects that petitioner paid the filing fee for this action.  Rule 24(a) of the

21   Federal Rules of Appellate Procedure provides that a party to a district court action who desires

22   to proceed *in forma pauperis* on appeal must file a motion in the district court which:

23        (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's

24            inability to pay or to give security for fees and costs;

25        (B) claims an entitlement to redress; and

26        (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).  Petitioner has filed a form "Application to Proceed In Forma Pauperis By a Prisoner" stating his inability to pay or to give security for fees and costs.  The declaration fails to include many details prescribed by Form 4 of the Appendix of Forms, however.  In addition, petitioner has not described the issues he intends to present on appeal.

Accordingly, IT IS HEREBY ORDERED that petitioner's July 16, 2009, request to proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and plaintiff is advised that he may file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).

The court HEREBY ORDERS:

1.  Good cause appearing, petitioner's April 13, 2010, request for an extension of time is granted and petitioner's April 15, 2010, application to proceed *in forma pauperis* on appeal is deemed timely filed.

2.  Petitioner's April 15, 2010 request to proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and plaintiff is advised that he may file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).

Dated:  May 7, 2010

GARLAND E. BURRELL, JR.
United States District Judge